```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION




WILLIAM GLEATON,
etc.,

         Plaintiff,

v.                                  Case No.  3:06-cv-1079-J-25HTS

G. P. VANLOOVEN &
C. N. SHEPERD,

         Defendants.
_____
```

**O R D E R**

This cause is before the Court on Defendants' Unopposed Motion for Leave to Depose Incarcerated Plaintiff (Doc. #18; Motion), filed on May 23, 2007.  It is represented Plaintiff does not oppose the Motion.  Motion at 1.  Because the intended deponent, William Gleaton, is presently confined in the Florida correctional system, Defendants move pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure (Rule(s)), for leave to take his deposition.  *Id.*  It does not appear the discovery sought would run afoul of "the principles stated in Rule 26(b)(2)[.]"  Rule 30(a)(2).

Accordingly, upon consideration, the Motion (Doc. #18) is **GRANTED**.  Defendants are given leave to depose William Gleaton

prior to the close of discovery "at the Putnam Correctional Institution, 128 Yelvington Road, East Palatka, Florida 32131." Motion at 2. They shall contact the superintendent of the institution to arrange for an appropriate time and place for the deposition.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2007.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
        and pro se parties, if any